

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00403-CR

**LEMYEL ODELL PRICE,**

                                                 **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                 **Appellee**

#### From the 66th District Court
#### Hill County, Texas
#### Trial Court No. 36,923

## ORDER

Lemyel Odell Price, Jr., was convicted of burglary of a habitation, a second degree felony offense and sentenced to eight years in prison. TEX. PENAL CODE ANN. § 30.02 (West 2011). Price's appellate attorney filed an *Anders* brief in Price's appeal. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). We abated the appeal to the trial court for the entry of an order withdrawing the appointment of present counsel and the appointment of new counsel in this appeal because we concluded that counsel had not conducted a sufficient evaluation of the record. *Price v.*

*State*, No. 10-13-00403-CR (Tex. App.—Waco May 1, 2014, order) (not designated for publication).

New counsel has been appointed. Accordingly, this appeal is reinstated, and counsel's brief is due 30 days from the date of this order. Previous counsel's motion to withdraw is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal reinstated
Motion dismissed
Order issued and filed May 8, 2014